# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Covidien LP and Covidien Holding Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Brady Esch, <br><br> Defendant. | Case No. 1:16-cv-12410-NMG <br><br> JURY TRIAL DEMANDED |

**DEFENDANT BRADY ESCH'S RULE 26(a)(2)(C)**
**NON-RETAINED EXPERT WITNESS DISCLOSURE**

Pursuant to Federal Rule of Civil Procedure 26(a)(2)(C), Defendant Brady Esch, by and through counsel of record, hereby designates the following non-retained and non-specially employed expert witnesses who he anticipates using at trial to testify on his behalf and present evidence under Federal Rules of Evidence 702, 703, and/or 705.

### A.     Brady Esch

Mr. Esch has extensive experience in the venous ablation and medical device industry and is a listed inventor on numerous patents in the field. He has worked with startup companies, especially medical device companies involving electrosurgical and catheter technologies, since 1992. Mr. Esch is expected to testify concerning the Venclose patent applications at issue, and the conception, development, and evolution of same, as well as the inventors named on the non-provisional and PCT applications and their respective contributions. Based on said prior experience, and without waiving privilege including the attorney-client or work product privileges, Mr. Esch will also testify as to the "Freedom to Operate" analysis procedure with regard to patent applications, including the Venclose patent applications.

1

**B.    H. Gerald "Jerry" Gibson**

Mr. Gibson is the Chief Executive Officer for Venclose, Inc. He has worked with and consulted with startup companies and/or inventors, particularly in the medical device industry, since 1998.

Without waiver of any privilege, including the attorney-client or work product privileges, Mr. Gibson is expected to testify regarding the formation of startup companies, their early-stage financing and funding efforts, and typical Board formation at the startup stage.

**C.    Benjamin Glenn**

Benjamin Glenn is a patent attorney with the firm Shay Glenn, LP. He is the current patent prosecution attorney for Venclose, Inc.

Without waiver of any privilege, including the attorney-client or work product privileges, Mr. Glenn is expected to testify regarding the difference between the provisional patent application and the non-provisional and PCT patent applications, as well as to discuss any claims allowed by the USPTO.

**D.    Darius Przygoda**

Dr. Przygoda is a co-founder, partner, and officer of Medical Design Solutions, Inc., a medical design and development consulting house located in Milpitas, California (www.medicaldesignsolutions.com). Dr. Przygoda has more than 20 years of consulting engineering experience, covering:

- System architecture definition;
- Analog and digital hardware design;
- Embedded software and firmware;

· Experience in design of wearable devices;

· Significant background in mathematics and physics;

· Familiarity with IEEE medical safety standards and required documentation; and

· Hands on, familiarity with debugging tools.

Dr. Przygoda has an extensive background in mathematics and physics, and extensive hands-on background in circuit design, simulation, and debugging techniques. He is experienced in concept-to-product development process including medical devices and has taken part in many design projects which ended with bringing products to the production phase, during which he played both leading and supporting design/management roles.

Dr. Przygoda will testify concerning the Venclose system product development process and timing of same, as well as the typical product development process for a medical device such as the Venclose product.

Defendant Esch hereby reserves the right to supplement these disclosures should additional information become available, including but not limited to as a result of any Order on Mr. Esch's Motion to Compel as against Covidien, and/or in rebuttal to any Covidien's expert disclosures or reports.

Dated: July 31, 2018                                Respectfully submitted,

                                                    BRADY ESCH
                                                    Defendant
                                                    By His Attorneys

                                                    */s/ Lita M. Verrier*
                                                    Lita M. Verrier (Mass. Bar No. 662147)
                                                    Ropers, Majeski, Kohn & Bentley
                                                    Ten Post Office Square, Suite 800S
                                                    Boston, MA  02109
                                                    Telephone: (617) 850-9087
                                                    Facsimile: (617) 692-2901
                                                    Email: lita.verrier@rmkb.com

## Certificate of Service

I hereby certify that the foregoing document was emailed to counsel for Plaintiffs and also sent by mail on July 31, 2018.


                                                    */s/ Lita M. Verrier*
                                                    Lita M. Verrier (Mass. Bar No. 662147)