United States District Court
District of Massachusetts

Rec'd in open Court
5/23/19
(CL)

| | |
|---|---|
| Covidien LP and Covidien Holding Inc., | ) ) ) ) |
| Plaintiffs, | ) ) Civil Action No. |
| v. | ) 16-12410-NMG ) |
| Brady Esch, | ) ) ) |
| Defendant. | ) |

## VERDICT FORM

### Contract Claims

1. Has Covidien proved that Mr. Esch breached his confidentiality obligations to Covidien under the terms of the Employment Agreement?

   Yes __X__    No _____

**If you answer Question 1 "YES", proceed to Question 1A. If you answer Question 1 "NO", proceed to Question 2.**

1A. Has Covidien proved that Mr. Esch's breach of contract caused damages to which Covidien is entitled?

   Yes __X__    No _____

2. Has Covidien proved that Mr. Esch breached his confidentiality obligations to Covidien under the terms of the Separation Agreement?

   Yes __X__    No _____

**If you answer Question 2 "YES", proceed to Question 2A. If you answer Question 2 "NO" but you answer Question 1A "YES", proceed to Question 3. Otherwise, your deliberations are complete.**

    **2A.**  Has Covidien proved that Mr. Esch's breach of contract caused damages to which Covidien is entitled?

        Yes __X__    No _____

**If you answer Question 1A and 2A "NO", your deliberations are complete.**

    **3.**  Has Covidien proved that Mr. Esch breached his obligation to disclose "Inventions" to Covidien under the terms of the Employment Agreement?

        Yes _____    No __X__

**If you answer Question 3 "YES", proceed to Question 3A. If you answer Question 3 "NO", proceed to Question 4.**

    **3A.**  Has Covidien proved that Mr. Esch's breach of his obligation to disclose "Inventions" to Covidien caused damages to which Covidien is entitled?

        Yes _____    No _____

    **4.**  Has Covidien proved that Mr. Esch breached his implied covenant of good faith and fair dealing?

        Yes _____    No __X__

**If you answer Question 4 "YES", proceed to Question 4A. If you answer Question 4 "NO", proceed to the instructions following Question 4A.**

    **4A.**  Has Covidien proved that Mr. Esch's breach of his implied covenant of good faith and fair dealing caused damages to which Covidien is entitled?

        Yes _____    No _____

**If you have answered Question 1A, 2A, 3A or 4A "YES", proceed to Question 5. Otherwise, your deliberations are complete.**

**Damages**

5. Enter below (in words and in numbers) the amount of damages, if any, you award to Covidien that were caused by Mr. Esch's breach(es):

   (Words) Seven hundred ninety four thousand eight hundred ninety two dollars and twenty four cents

   (Numbers) $794,892.24

**If you answer 3A "YES", proceed to Question 6. Otherwise, your deliberations are complete.**

**Assignment of "Inventions"**

6. Has Covidien proved that Mr. Esch took steps to reduce to practice any "Inventions" in the '498 provisional patent before November 1, 2014?

   Yes _____    No _____

7. Has Covidien proved that the "Inventions" in the '498 provisional patent are found in the '338 non-provisional patent application?

   Yes _____    No _____

8. Has Covidien proved that the "Inventions" in the '498 provisional patent are found in the PCT patent application?

   Yes _____    No _____

YOUR DELIBERATIONS ARE COMPLETE. THE FOREPERSON WILL SIGN THE VERDICT FORM AND NOTIFY THE MARSHAL IN WRITING THAT THE JURY HAS COME TO A DECISION WITHOUT REVEALING THE VERDICT TO THE MARSHAL.

Date: 5/23/19          Jury Foreperson: Christina M Mitchell