# Exhibit 5

TERRY N. LAYTON, Ph.D

1771 RFD Andrew Court Long Grove, IL 60047

Primary (tlayton71@aol.com)

Secondary (tnl@uic.edu)

## *Career Summary*

Technical executive with strong background in building medical manufacturing companies. Diverse experience includes industry and consulting experience in product development, regulatory/QA, operations, IP, failure investigation and technology assessment.

Instructor and lecturer for Bioentrepreneur classes and seminars on medical device design and regulations, product development, emerging medical technologies, medical device commercialization, and medical device industry skill sets.

## *Qualification Summary*

Experienced innovative leader and manager proficient in product design, regulatory approval, and clinical evaluation for new health care markets and business ventures.

▪ Managed engineers, scientists, regulatory professionals & plant personnel

▪ Due diligence on 10 companies – 6 purchased; Licensed 4 technologies

▪ Developed and taught 4 Bioentrepreneur classes at University of Illinois, Chicago

▪ National Institutes of Health (NIH) consultant for Small Business Innovation Research Grants

▪ FDA Medical Devices Advisory Committee - industry representative 2001-2005, 2008-2013.

▪ Network of Centres of Excellence-Canada; Regenerative Medicine Network & Stem Cell Network 2003-2005; BioMedlight 2011; Institute of Circulatory and Respiratory Health (ICRH) Emerging Networks 2012-13

▪ Kentucky Science & Technology Corporation - Expert Panel 2007, 2009-2015

▪ Defense Medical Research and Development Program 2009-2010

▪ Design of Medical Devices Conference 2011-Urology Products; CoChair

▪ 18 US Medical Device Patents issued and over 45 new products released to market

▪ Regulatory submissions-US and International; Fifteen (15) 510(k)s & CE Mark for 138 product codes

▪ Short term consulting assignments on, technology assessment, QSR, QM, regulatory documentation, product failure investigation, failure mode analysis, and audits.

▪ 35 Publications and presentations on medical devices and medical device skill sets for engineers in industry

▪ Provide technical assistance and guidance to medical device start-up companies

## *TERRY N. LAYTON, Ph.D.*

Medical Device Experiences (product development, regulatory and/or commercialization)

Anesthesiology, Assistive Technology, Cardiovascular Catheters, Critical Care, Endoscopy, Hospital Products, Implants, Instruments, IV Systems, Home Health Care, Monitoring Electrodes, Neurosurgery, Orthopedic, Rehabilitation, Respiratory Therapy, Transducers, Urology, & Vascular Compression

## *Experience*

### *University of Illinois, Chicago Nov 2000—Present*

-Visiting Professor Bioengineering—University of Illinois, Chicago -Lecturer: Technology Assessment & Medical Device  Start-Up Companies, Emerging Medical Technologies, Medical Product Development, & GMP and Regulatory Requirements for Medical Products

### *Laytech Inc Nov 1999—Present Long Grove, IL*

Consulting & Contract Services

- Technology Assessment Of Products and Processes - Regulatory & Quality—QSR, QM, submissions, audits, failure modes, & documentation - Start-up and Business Plans and Intellectual Property for new medical device companies -

Legal-IP (Infringement & Invalidity), Failure Mode Investigations & Expert Reports


### *Integra NeuroCare/NeuroCare Group July 1994 – October 1999 Pleasant Prairie, Wisconsin (Worldwide leader in neurosurgical implants and monitoring devices)*

Vice President, Group Technical Officer

- On the original due diligence team for the purchase of the fist platform company (Heyer-Schulte, a neurosurgical implant company) for the NeuroCare Group. - Built technical organization, established US customer service & distribution departments & technically managed Puerto Rican manufacturing facility. - Member of due diligence team for the purchase of 3 additional companies. - Searched for, assessed, and licensed 2 major technologies used in present products. - Obtained 11 510(k)s - ISO Certification of 2 facilities and CE Mark for 138 product codes. - Developed and released to market 20 new products in 5 years.

# TERRY N. LAYTON, Ph.D.

## *Experience*

### *Packer Engineering, Inc. December 1991-July 1994 Naperville, Illinois*

Director, Biomedical Engineering

- Start-up of a new Biomedical Division - Technology transfer of an electro-mechanical rehabilitation device with a market potential of $5 million in 3 years. - Technology assessment of new concepts for both small and large medical device companies. - In first year received grants and contracts for over $500,000. -

Failure Investigations

### *Laytech, Incorporated March 1990 – December 1991 Arlington Heights, Illinois*

Technical Officer

- Coordinate manufacturing of disposable medical products - Consulting assignments on technology assessment, product and process improvements, materials, and quality issues - Product development, project management, failure mode analysis and FDA submissions

### *Baxter Healthcare Corporation May 1988 – March 1990 Round Lake, Illinois*

Manager, Advanced Device Technology

- Managed the engineering and product service activities for Vein Access product line. - Managed the final design and implementation phases of a new technology that prevents accidental needle sticks---needle less access. - Searched for and assessed new technologies that added value to products and processes.

### *The Kendall Company June 1975 – May 1988 Barrington, Illinois*

Manager, Medical & Sports Medicine Divisions Section Head, Medical Specialties Senior Research Scientist/Engineer Research Scientist/Engineer

- Presented new product concepts and business opportunities to upper management.

Products brought incremental sales volume of over $5 million to the sales base of $35 million. - Urodynamic products-designed, clinically tested, and published results - Technical responsibility of latex catheter plant in Malaysia. - Managed Colgate/Bike Plastics Product Development

## *TERRY N. LAYTON, Ph.D.*

## *Professional Societies (past and present)*

ISPE-International Society of Pharmaceutical Engineers Society of Plastic Engineers BMES – Biomedical Engineering Society IEEE - Institute of Electrical Electronics Engineers IV Nurses Society Urodynamics Society Medical Device Guidance and Standards Committees

## *Education*

Ph.D., Biomedical Engineering, University of Virginia, Charlottesville, VA

M.S., Bioengineering, University of Illinois @ Chicago

Electrical Engineering, University of Illinois, Champaign, IL

B.S., University of Wyoming, Laramie, WY

High School, Moline Senior High, Moline, IL

## *Continuing Education*

FDA/ASQ Quality System Inspection Technique ISO 9000 Auditor Training Medical Device Pre-Marketing/GMP Requirements Workshop OSHA Guidelines FDA Design Control Liability Prevention for the New Millennium Project Management

Research Disclosures Ten publications Twenty-four presentations

## *Patents*

Eighteen issued

## *Military Service*

U.S. Army Honor Graduate, Officer Candidate School Instructor, Artillery School Battalion Staff, South Korea

**TERRY NORTH LAYTON, PH.D.**

**PATENTS**

Midstream Collection Housing DES 262,910

Midstream Collection Housing DES 264,248

Liquid Measuring Device 4,100,802

Peak Flow Measuring Device 4,131,016

Device for Measuring the Velocity of a Urine Discharge 4,187,722

Catheterization Device 4,205,690

Tissue Pressure Measuring Device 4,209,023

Cystometry System 4,217,911

Bladder Hemostatic Catheter 4,219,026

Discharge Measuring Device 4,238,448

Device for Measuring a Urine Discharge 4,241,017

Cystometry System 4,301,811

Midstream Sampling Device 4,301,812

Device for Indicating Liquid Level 4,384,485

Liquid Drainage System with Anti-Reflux Valve 4,512,770

Annular Reflux Indicator 4,804,376

Treadmill for use with a Wheelchair 5,476,429

Adjustable Angle Catheter 6,045,530

# TERRY NORTH LAYTON, PH.D. PUBLICATIONS & PRESENTATIONS

## Publications (10)

Male Peak Urinary Flow Rate: Relationships to Volume Voided and Age J. Urol 122: 210-214, 1979

Peak Urinary Flow Rate: Observations in Female Subjects and Comparison to Male Subjects J. Urol 122: 215-219, 1979

Selectivity of Peak Versus Average Male Urinary Flow Rates J. Urol 125: 839-842, 1981

A Method of Adjustment of Male Peak Urinary Flow Rate for Varying Age and Volume Voided J. Urol 128: 960-962, 1981

Urinary Flow Velocity as an Index of Male Voiding Function J. Urol 128: 1363-1367, 1982

Urinary Flow Rate Measurement and Adjustment Benign Prostatic Hypertrophy: 523-527, F. Hinman, Editor, 1983

Urine Velocity in Prostatism Benign Prostatic Hypertrophy: 539-544, F. Hinman, Editor, 1983

Shunt Technology Neurological Research 22: 97-101, 2000

Graduate Study for the Bioentrepreneur: Elective Courses Proceedings of the Second Joint EMBS/BMES, October 2002

The Integration of Skill Sets Used In Industry into the Bioengineering Curriculum at the University of Illinois at Chicago Proceedings of the Second Joint EMBS/BMES, October 2002

## Presentations (25)

Urodynamics at Kendall American Urological Association, May 1977

Prospective Case Study of Peak Urinary Flow Rate in Men Treated for Urethral Obstruction American Urological Association, May 1978

Peak Urinary Flow Rates: Observations on Women Western Section American Urological Association, July 1978

Specificity and Sensitivity of Flow Rate Measurements American Urological Association, May 1980

Voiding Velocities and Urinary Flow Rates in Obstructed Men American Urological Association, May 1981

Urinary Stream Velocity in the Male Patient Western Section American Urological Association, June 1981

Continuous Injection Molding Baxter Healthcare Science and Technology Conference, September 1989

Precision Extrusion of Medical Device Tubing Baxter Healthcare Science and Technology Conference, September 1989

Assistive Technology & Recreation Rehabilitation Engineering Society of North American, Midwest, October 1993

The new NOVUS™ Physiological Flow Control Valve International Society of Pediatric Neurosurgeons, Rome, Italy, September 1996

The new External Ventricular Drainage Bag (Hermetic II) International Society of Pediatric Neurosurgeons, Rome, Italy, September 1996

NOVUS™ Physiological Valve System for Treatment of Hydrocephalus: in vitro testing Complex Hydrocephalus and Hydrocephalus Complications Consensus Conference on Pediatric Neurosurgery, Assisi, Italy, April 1997

Novus Valve System for Therapy and Treatment of Hydrocephalus Japanese Neurosurgical Congress, Tokyo, June 1997

Medical Device Start-Up Companies Marquette University, March 2000

Medical Device Start-Up Companies University of Illinois at Chicago, Sept 2000

IP Licensing and Medical Device Start-up Companies DePaul University, March 2001

Role and needs of the Biomedical Engineer in Industry VaNTH Conference, Northwestern University, July 2001

Bioengineer Working in Industry, University of Illinois at Chicago, Mar 2002

Graduate Study for the Bioentrepreneur: Elective Courses Second Joint EMBS/BMES, Houston, October 2002

The Integration of Skill Sets Used In Industry into the Bioengineering Curriculum at the University of Illinois at Chicago Second Joint EMBS/BMES, Houston, October 2002

Bioengineer in Industry CUBIC Panel Discussion, Chicago, March 2003

30 Years of Medical Technology Assessment and Development University of Wyoming, Laramie, WY. Nov 2005

Technology Assessment and Medical Start-Ups Biomedical Engineering Society, Chicago, October 2006

Classroom and Homework Exercises to Make the Regulatory Process Real and Interesting Biomedical Engineering-Innovation, Design, and Entrepreneurship Alliance 2007 Workshop Los Angeles, CA, September 26, 2007

Technical and Business Risk Assessment for Emerging Medical Technologies Biomedical Engineering Society, Los Angeles, CA, October 2007

40 Years in the Medical Device Industry, University of Illinois at Chicago, 2015

FDA & ISO Requirements for Medical Devices, University of Wisconsin, Milwaukee, October 2016.

FDA & ISO Requirements for Medical Devices, University of Wisconsin, Milwaukee, October 2017