# Exhibit 7

# Michele Riley
Managing Director
**Dispute Consulting**





**Washington, DC USA**
Office: +1.202.370.2404
mriley@stout.com

## Education

M.B.A., Finance
University of Maryland
B.A., Physics
Emory University

## Designations

Certified Public Accountant (CPA)
Certified in Financial Forensics (CFF)
Certified Fraud Examiner (CFE)

## Practice Areas

Business Valuation Disputes
Complex Business Litigation
Intellectual Property Disputes
Trade Secrets & Restrictive Covenants
Compliance Services
Intellectual Property/Intangible Assets
Valuation

## Industry Focus

Consumer, Retail, Food & Beverage
Government Agencies
Technology, Media &
Telecommunications

Michele Riley is a Managing Director in the Dispute Consulting group. She is responsible for providing a variety of consulting services, with a focus on intellectual property damages and valuation.

Ms. Riley has testified regarding damages in patent, trademark and copyright infringement, as well as trade secret misappropriation cases. She has performed valuations of intellectual property for arms-length licensing and litigation matters, and assisted clients with the financial aspects of negotiations for the purchase, sale and licensing of intellectual property. In addition, she has audited royalty streams on technology licenses for clients in a number of industries.

Ms. Riley has written and lectured extensively on methodologies for determining damages in intellectual property infringement matters, as well as valuation techniques for intangible assets. While with Invotex, Ms. Riley developed a proprietary e-commerce tool which contained information extracted from technology licenses across a variety of industry categorizations.

Ms. Riley's other experience includes litigation services, specifically damage valuations and testimony in the areas of breach of contract, unfair competition, investigations and compliance. Her management and administration of bankruptcy and troubled company engagements have entailed developing financial models, preparing cash flow projections under varying scenarios, and analyzing business segments and operations.

## Professional Memberships

- American Institute of Certified Public Accountants
- Maryland Association of Certified Public Accountants
- Licensing Executives Society
- Intellectual Property Owners Association

# Michele Riley
Managing Director
**Dispute Consulting**



## Publications

"Bitcoin: What You Need to Know…and Why You Need to Know it Now," The SRR Journal, Fall 2016

"Intellectual Property Thought Leader: Interview with Mark Lemley," The SRR Journal, Fall 2016

"Unpaid Royalties on Pre-1972 Recordings: Mony Mony!", The SRR Journal, Fall 2015

"IP Thought Leader Interview: A Discussion with AIPLA Executive Director Lisa Jorgenson", The SRR Journal, Fall 2015

"Hail to the…Redskins? How the TTAB's Cancellation of a Historic Mark Impacts Brand Value and the NFL," The SRR Journal, Fall 2014

Co-author: "Intellectual Property Licensing and Value Issues in Bankruptcy: Assessing the Risk to Experience the Reward," The Licensing Journal, September 2012; reprinted in the AIRA Journal, Volume 26, No. 6, May 2013

## Speeches and Seminars

Co-presenter: "Where IP Valuation and Damages Collide", Rocky Mountain Intellectual Property & Technology Law Institute, June 2017.

"Fitting Your Expert into Your Pre-Trial and Trial Strategy" (panel discussion), ABA Section of Litigation Annual Conference, May 2017.

"The Shifting Economics of Patent Litigation" (panel discussion), ABA Annual Meeting, July 2015.

"He Says, She Says, But Who Says It Best? – Gender of Your Expert in an IP Case" (panel discussion), ABA Intellectual Property Law Conference, March 2015.

Co-presenter: "Patent Infringement Royalty Damages: Lessons Learned from Recent Federal Circuit Decisions," Bar Association of the District of Columbia, March 2014

Co-presenter: "Valuation of Intellectual Property Assets in a Distressed Environment," ABA Section of Litigation Roundtable, Bankruptcy & Insolvency Committee, February 2013

Presenter: "IP Licensing and Value Issues in Bankruptcy: Assessing the Risk to Experience the Reward," LES 2012 Winter Meeting, March 2012

Presenter: "Understanding the Real Value of Your Patent Portfolio," (panel discussion), AIPLA 2011 Annual Meeting, October 2011

Presenter: "How to Avoid Licensing Disputes," ABA Section of Litigation, Intellectual Property Litigation, Fall 2010

Presenter: "Removing the Mystery: Damages in Intellectual Property Disputes," Intellectual Property Section of the Maryland State Bar Association, September 2009

## Michele Riley
Managing Director
**Dispute Consulting**



Presenter: "Using Financial and Economic Analysis for IP Litigation, Licensing and Profit" (panel discussion), ABA Section of Intellectual Property Law 24th Annual Intellectual Property Law Conference, April 2009

Presenter: "Opening Pandora's Box – Division of Unusual Assets" (panel discussion), ABA Section of Family Law 2006 Spring CLE Conference, May 2006

Presenter: "Damages: The Neglected Child," AIPLA Annual Meeting, October 2003Presenter: "Evaluating Important Factors for a Licensing Program," Licensing Executives Society Annual Meeting, September 2003

Presenter: "Evaluating Technologies for Commercialization," Federal Laboratory Consortium Mid-Atlantic Regional Meeting, September 2003

Presenter: "Trends in Royalty Rates – Impacts on IP Valuation," Licensing Executives Society Spring Meeting, May 2003

Co-author: "You Think Your IP Is Worth Something? Prove It." Corporate Counsel, January 2013

Co-Author: "Damage limitations," World Trademark Review, December/January 2010

Author: "Court-Awarded Royalty Rates," published in Royalty Rates for Licensing Intellectual Property, by Russell L. Parr (John Wiley & Sons, April 2007)

Co-Author: Patent Infringement Damages: Statistics and Trends 1990-2004, IPRA, Inc., 2004

Co-Author: "Trends in Litigated and Nonlitigated Royalty Rates," IP Litigator, January/February 2004

Contributing Author: Royalty Rates for Technology, Third Edition, 2003

Author: "A Review of Court-Awarded Royalty Rates in Patent Infringement Cases (1990-2001) (New)," Intellectual Property Infringement Damages: A Litigation Support Handbook, 2nd Edition – 2003 Cumulative Supplement, by Russell L. Parr

Co-Author: "Should You Settle After the Jury's Done?," The Patent Journal, November/December 2002

Author: "Evaluating Stock Options as Part of a Compensation Package," IEEE-USA Today's Engineer, January 2001

Co-Author: "How to Determine Patent Royalties," Legal Times Intellectual Property Supplement, April 1999

# Lindsey G. Fisher
Director





Chicago, IL USA
Indianapolis, IN USA
Office: +1.312.763.6244
lfisher@stoutadvisory.com

## Education

M.B.A, Accounting and Management
Northwestern University Kellogg
Graduate School of Management

B.S., Finance and International Studies
Indiana University Kelley School of
Business

## Designations

Certified Fraud Examiner (CFE)
Certified Licensing Professional (CLP)

## Practice Areas

Intellectual Property Disputes
Shareholder Disputes
Complex Business Litigation
Trade Secret Disputes

## Industry Focus

Consumer, Retail, Food & Beverage
Plastics & Packaging
Energy & Utilities
Financials
Healthcare & Life Sciences
Pharmaceuticals & Biotechnology
Technology, Media &
Telecommunications

Lindsey G. Fisher is a Director in the Dispute Consulting group. Her work is focused on assisting clients and counsel with complex financial, accounting, and damages matters. She has provided an array of dispute resolution services including providing expert testimony, preparing and issuing expert reports, analyzing financial issues, developing damages strategies, and building complex financial models.

Ms. Fisher has consulted in litigation matters spanning a wide range of industries such as bio-tech, call processing, consumer goods, e-commerce, financial institutions, medical devices, pharmaceuticals and utilities. She has conducted complex financial analyses and valuations. Her damages calculations have involved lost sales, lost profits, reasonable royalty, incremental profits, price erosion, unjust enrichment, risk assessments, financial forecasting, and prejudgment interest.

Her cases have involved a variety of disputes, including patent infringement, trademark infringement, trade dress infringement, copyright infringement, trade secret misappropriation, breach of contract, lost earnings, valuation, and indemnity disputes.

Ms. Fisher has over 14 years of experience as a litigation consultant and damages expert.  Prior to joining Stout, Ms. Fisher was a Manager at Davis and Hosfield Consulting.  Prior to her tenure as a litigation consultant and damages expert, Ms. Fisher was an Associate and Analyst for J.P. Morgan Chase in the Financial Institutions Group.

### Professional Memberships
- Licensing Executives Society
- Association of Certified Fraud Examiners

# Lindsey G. Fisher
Director



## Testimony

<u>Good L Corporation</u> v. Fasteners for Retail, Inc. Case No. 3:18-cv-00489 (Report: October 2019; Deposition: November 2019)

Illinois Tamale Co. v. <u>El-Greg, Inc.</u> Case No. 1:16-cv-05387 (Trial: October 2018; Deposition: January 2018; Report: October 2017)

<u>Servpro Industries, Inc. and Servpro Intellectual Property, Inc.</u> v. Zerorez of Phoenix, et al. Case No. 2:17-cv-00862-ROS (Deposition: May 2018; Reports: March 2018 and April 2018)

<u>Polylok, Inc.</u> v. Bear Onsite, LLC, Promold & Tool, LLC, Michael Jay Hornback, Premier Promold & Tool, Inc., and Lifetime Filter, LLC. Case No. 3:12-CV-535-S (Report: October 2016)

<u>Christine Rosso (shareholder)</u> v. NuCurrent, Inc. (Report: February 2015; Mediation: August 2015)

## Consulting Experience

### Patent and Trademark Infringement

<u>Chloe Coscarelli, Chef Chloe LLC, Hospitality Holdings LLC, and CKC Sales, LLC</u> v. ESquared Hospitality LLC and BC Hospitality Group LLC

Waveform Technologies, Inc. v. <u>Dexcom, Inc.</u>

<u>Plastic Omnium Advanced Research</u> v. Donghee America, Inc. et al.

Fogg Filler Company v. <u>Closure Systems International, Inc.</u>

Blackberry Limited v. <u>Blu Products, Inc.</u>

Lifetime Products, Inc. v. <u>Maxchief Investments, Ltd., et al.</u>

<u>Genovis AB and Hansa Medical AB</u> v. Promega Corporation

Cronos Technologies LLC v. <u>Expedia, Inc., Travelocity.com LP, and Priceline.com Inc</u>

Blue Calypso, Inc. v. <u>Foursquare Labs, Inc</u> and <u>Groupon, Inc.</u>

Sprint Communications Company L.P. v. <u>Comcast Cable Communications, LLC, et al.</u>

# Lindsey G. Fisher
Director



U.S. Ethernet Innovations, LLC v. Marvell Semiconductor, Inc.

Server Technology v. American Power Conversion

Deere & Co. v. Duroc LLC, et al.

France Telecom S.A. v. Marvell Semiconductor Inc.

Carefusion 303, Inc. v. B. Braun Medical, Inc.

Life Technologies Corporation, et al. v. Illumina, Inc. and Solexa, Inc.

Coloplast A/S v. Generic Medical Devices, Inc.

Tyco Healthcare Group LP d/b/a VNUS Medical Technologies v. Biolitec, Inc., et al.

Ronald A. Katz Technology Licensing, L.P.  v. Time Warner Cable, Charter Communications, et al.

Abbott Diabetes Care, Inc. and Abbott Laboratories v. Roche Diagnostics Corp. et al.

Cobra Capital LLC v. LaSalle Bank Corporation, et al.

Mandy N. Haberman v. Playtex Products Inc., Gerber Products Company and Wal-Mart Stores, Inc.

Novozymes A/S v. Genencor International, Inc. and Enzyme Development Corporation

Dow AgroSciences LLC v. Whitmire Micro-Gen Research Laboratories, Inc.

Carl Zeiss Vision v. Signet Armorlite

Neutral Tandem v. Peerless Network

Viskase Companies, Inc. v. World Pac International

One World Technology v. Robert Bosch Tool

Exmark Manufacturing v. Briggs & Stratton and Schiller Grounds Care

Eppendorf AG, et al. v. Nanosphere, Inc.

# Lindsey G. Fisher
Director



Eazypower Corporation v. Iore Corporation

911EP, Inc. v. Whelen Engineering Company, Inc.

Semiconductor Energy Laboratory Co., Ltd. v. Samsung Electronics Co., et al.

Honeywell LCD v. Apple Computers, Samsung SDI, and Fuji Film Corporation, et al.

Amdocs (Israel) Limited v. Openet Telecom, Inc.

Puma AG Rudolf Dassler Sport et al. v. Payless Shoesource, Inc., et al.

Morton Grove Pharmaceuticals, Inc. v. Par Pharmaceutical Companies, et al.

### Breach of Contract and Other Commercial Matters

Chef Chloe, LLC v. ESquared Hospitality LLC and BC Hospitality Group LLC

3D Systems Corp. v. Paul A. Miller and Union Tech, Inc.

Covidien Holding, Inc., et al. v. Brady Esch

Carmens on French, Inc. d/b/a GM Party Store v. Prime-One Insurance Company and U-Haul Co. of Arizona

Egan Marine Corporation v. Exxon Mobil et al.

Jillian Michaels, J.M. Athletics, and Empower Media v. Lions Gate Films, Inc. et al.

Dr. George Frey, M.D. v. Warsaw Orthopedic, Inc. and Medtronic Inc.

Amersham PLC et al. v. Applera Corporation

Toysrus.com, LLC, et al. v. Amazon.com Kids, Inc., et al.

Gerald R. Forsythe, John W. Salyer, Jr., et al. v. Black Hills Corporation, a South Dakota corporation, et al.

CytoLogix Corp. v. Ventana Medical Systems

# Lindsey G. Fisher
Director



JMB Realty v. Westfield, Rouse, and General Growth Partners

Greyhound Lines v. Motor Coach Industries

Huizenga Managers Fund v. AR Thane Ritchie, et al.

C. Taylor v. Northern Trust Bank of Florida

Sean McLernon et al. v. Deloitte and Touche LLP, et al.

**Indemnity Disputes**

Southern California Gas Company v. Syntellect, Inc.

Thomson, Inc. v. Gemstar–TV Guide International, Inc., et al.

Macy's Inc. et al. v. Ronald A. Katz Technology Licensing, L.P., International Business Machines Corp., Xerox Global Services, Inc., and Genesys Telecommunications Laboratories, Inc. (as Third-Party Defendants)

**Malpractice Disputes**

A cancer research and testing company v. an intellectual property law firm and lawyer, individually

**Presentations**

"Patent Infringement Damages: Determining Reasonable Royalties Involving Standard Essential Patents," The Knowledge Group, September 2017

"Breaking the Glass:  Women Who Lead in Law and Business," Chicago Bar Association, March 2017

 "Social Media Protection, Strategy, & Valuation Issues," Moderator, Licensing Executive Society, November 2015

"Branding Strategies: Protecting and Monetizing your Most Valuable Assets," SRR IP Symposium, November 2015

"Understanding Patent Damages and Relevant Case Law," Chicago Bar Association, October 2015

"Intellectual Property Damages: Patents, Trademarks, and Recent Case Law," Chicago Bar Association, November 2014

"Finance and Accounting Essentials for Attorneys," Chicago Bar Association, October 2014

## Lindsey G. Fisher
Director



**Publications**

"Prism v. Sprint: Shedding Light on Usefulness of Settlement Agreements," Stout Journal, Fall/Winter 2017

"Understanding Patent Damages: The Basics," CBA Record, September 2016

# David Kiyosaki
Manager





Chicago, IL USA
**Office:** +1 312.763.6616
dkiyosaki@stout.com

## Education

B.S., Finance
Miami University

## Practice Areas

Intellectual Property Disputes
Intellectual Property/Intangible Assets
Valuation
Trade Secrets & Restrictive Covenants

## Industry Focus

Consumer, Retail, Food & Beverage
Healthcare & Life Sciences
Technology, Media &
Telecommunications

David Kiyosaki is a Manager in the Intellectual Property practice of the Dispute Consulting group. He has over 5 years experience providing consulting services to Fortune 500 companies, law firms, investment management companies and individuals in the areas of intellectual property valuation, damages, monetization, and strategic management.

Mr. Kiyosaki has significant experience in all phases of intellectual property litigation support, including discovery assistance, report drafting, deposition and trial preparation and support, and the performance of complex analyses relating to intangible asset valuation and the quantification of economic damages. Aside from intellectual property litigation, Mr. Kiyosaki also has experience in the valuation and analysis of intellectual property for a variety of purposes including financial reporting, contract negotiations, strategic decision-making, and financing, among others.

Mr. Kiyosaki's experience spans a broad array of industries including consumer products, healthcare, media, and manufacturing.

Prior to joining Stout, Mr. Kiyosaki was an Associate in the Intellectual Property group at Charles River Associates

**David Kiyosaki**
Manager



---

**Publications**

"Music Modernization Act: Copyright Changes for the Modern Music World," *The Stout Journal*, Fall 2018

"Prism v. Sprint: Shedding Light on Usefulness of Settlement Agreements," *The Stout Journal*, Fall 2017

---

# Lauren Ray
Analyst





Cleveland, OH USA
**Office:** +1.216.373.2971
lray@stout.com

### Education

B.S.B.A., Finance
Elon University

### Practice Areas

Complex Business Litigation
Intellectual Property Disputes
Transaction Disputes
Investigations

Lauren Ray is an Analyst in the Dispute Consulting group. She has experience providing forensic accounting, litigation, and financial consulting services to clients in a variety of matters. Ms. Ray's experience includes accounting investigations, fraud investigations, patent and trademark infringement, breach of contract disputes, corporate compliance matters, data analytics for various disputes, and post-transaction dispute consulting , including representation and warranties claims.

Ms. Ray works closely with trial attorneys, insurance companies, and management teams in the context of complex commercial litigation, fraud and financial investigations, and business disputes.