# Exhibit 14

**Covidien's Non-Taxable Trial Expenses**

| Event | Traveler | Supporting Document | Trial Airfare Expenses Requested (Total) |
|---|---|---|---|
| 05/13/2019 Airline ticket to trial | Emily E. Niles | Exhibit 14-A | $236.30 |
| 05/13/2019 Airline ticket returning from trial | Emily E. Niles | Exhibit 14-B | $275.30 |
| 05/13/2019 Airline ticket to trial | Munir R Meghjee | Exhibit 14-C | $63.30 |
| 05/13/2019 Airline ticket returning from trial | Munir R Meghjee | Exhibit 14-D | $737.30 |
| 05/13/2019 Airline ticket to trial | Patrick P. Arenz | Exhibit 14-E | $89.30 |
| 05/13/2019 Airline ticket to trial | Patrick P. Arenz | Exhibit 14-F | $193.30 |
| 05/13/2019 Airline ticket returning from trial | Patrick P. Arenz | Exhibit 14-G | $414.30 |
| 05/13/2019 Airline ticket returning from trial | Tony Hoppa | Exhibit 14-H | $375.60 |
| 05/13/2019 Airline ticket to trial | William E. Manske | Exhibit 14-I | $429.60 |
| 05/13/2019 Airline ticket returning from trial | William E. Manske | Exhibit 14-J | $305.00 |
| | | **Total** | **$3,119.30** |

# Exhibit 14-A



2001 Killebrew Drive
Suite 305
Bloomington, MN  55425

If email attachments are not compatible with your company calendar configuration, click on the links below to add to your calendar.

For a single calendar entry click here

**Travel Itinerary**
Agency Booking Confirmation Number: **NGY266**

## Passenger Names

**NILES/EMILY ELIZABETH - BILLABLE 026118.0070**

Please review this itinerary for accuracy. Contact your Travel One agent within 24 hours if there are any discrepancies. Ticketed itineraries are subject to airline fees and additional charges if changed for any reason.

## Delta Airlines - Flight Number 2549                                    Confirmation:  G8DNRW

**Departure:** Sun, 05/5/2019 12:50 PM
**Departure City:** Minneapolis, MN (MSP)
**Departing Terminal:** 1
**Status:** Confirmed

**Arrival:** Sun, 05/5/2019 4:50 PM
**Arrival City:** Boston, MA (BOS)
**Arrival Terminal:** A
**Class of Service:** K - MAIN CABIN

**Equipment:** 739
**Meal:** Refreshments Available For Purchase
**Travel Time:** 03 Hours, 00 Minutes
Add flight to Calendar
Baggage Info
Weather
CHECK IN NOW

**Miles:** 1122

**Seat Assignments:**NILES/EMILY ELIZABETH - 21D

## Invoice Detail

| | Base | Tax | GST | HST | QST | |
|---|---|---|---|---|---|---|
| **Name:** NILES/EMILYELIZABETH **Delta Airlines Ticket:** 0067302088897 **Invoice Number:** 460424 **Amount:** $236.30 | 206.51 | 29.79 | 0.00 | 0.00 | 0.00 | **Amount:** $236.30 |
| AX Ending in: 1001 **Service Fee:** 8900774405961 **Amount:** $31.00 | 31.00 | 0.00 | 0.00 | 0.00 | 0.00 | **Amount:** $31.00 |
| AX Ending in: 1001 **Totals:** | 237.51 | 29.79 | 0.00 | 0.00 | 0.00 | |

**Total Fare:**USD $267.30

Approximate cost per air mile 0.21

## Frequent Flyer Info

DL DL 6409813448

## General Remarks

PENALTIES AND RESTRICTIONS MAY APPLY TO CHANGES.
CHANGES MUST OCCUR PRIOR TO DEPARTURE OR
THE TICKET VALUE WILL BE FORFEITED.
CB /AGENT CLAIMED
U01/BKD 26APR
RECOMMENDED CHECK IN TIMES-MOST FLIGHTS 2 HOURS EARLY.
INTERNATIONAL FLIGHTS 3 HRS EARLY.
ARRIVE AT GATE 45 MINS PRIOR TO DEPARTURE
.
DURING BUSINESS HOURS CALL 952-278-1104
DURING BUSINESS HOURS CALL 844-825-9331
EMERGENCY AFTER HOURS 800-669-1583 CODE XPY8V
EMERGENCY AFTER HOURS COLLECT 817-358-8606
TRAVEL ONE EMAIL-RKTRAVEL
TRAVELONEINC.COM
.
IF YOU ARE UNABLE TO USE THIS TICKET PLEASE ADVISE
TRAVEL ONE TO PROCESS TICKET CANCELLATION
.
.
**PLEASE DECLINE ALL ADDITIONAL CAR INSURANCES
**THIS IS COVERED BY THE FIRM**
CLIQUSER-ENILES*ROBINSKAPLAN.COM

Be sure to check out this link for The US Department of Transportation's Hazardous Materials Mandated Requirements found on Travel One Inc's Website.
Click Here

# Exhibit 14-B

**TRAVEL ONE** INC.

*A BCD Travel Affiliate*

Travel One, Inc.
2001 Killebrew Drive
Suite 305
Bloomington, MN 55425

If email attachments are not compatible with your company calendar configuration, click on the links below to add to your calendar.

For a single calendar entry click here

**Travel Itinerary**
Agency Booking Confirmation Number: **2VQV4U**

### Passenger Names

NILES/EMILY ELIZABETH - BILLABLE 026118.0070

Please review this itinerary for accuracy. Contact your Travel One agent within 24 hours if there are any discrepancies. Ticketed itineraries are subject to airline fees and additional charges if changed for any reason.

### Delta Airlines - Flight Number 2776                    Confirmation: GZUIDA

| | | |
|---|---|---|
| Departure: Fri, 05/24/2019 11:40 AM | Arrival: Fri, 05/24/2019 1:48 PM | Equipment: 321 |
| Departure City: Boston, MA (BOS) | Arrival City: Minneapolis, MN (MSP) | Meal: Refreshments Available For Purchase |
| Departing Terminal: A | Arrival Terminal: 1 | Travel Time: 03 Hours, 08 Minutes |
| Status: Confirmed | Class of Service: K - MAIN CABIN | Add flight to Calendar |
| | | Baggage Info |
| | | Weather |
| | | CHECK IN NOW |

Miles: 1121

### Seat Assignments:NILES/EMILY ELIZABETH - 18F

### ***CURRENTLY ONLY WINDOW SEATING AVAILABLE.***

### Invoice Detail

| | Base | Tax | GST | HST | QST | |
|---|---|---|---|---|---|---|
| Name: NILES/EMILYELIZABETH | | | | | | |
| Delta Airlines Ticket: 0067303353244 | 242.79 | 32.51 | 0.00 | 0.00 | 0.00 | Amount: $275.30 |
| Invoice Number: 470984 | | | | | | |
| Amount: $275.30 | | | | | | |
| AX Ending in: 1001 | | | | | | |
| Service Fee: 8900774701649 | 31.00 | 0.00 | 0.00 | 0.00 | 0.00 | Amount: $31.00 |
| Amount: $31.00 | | | | | | |
| AX Ending in: 1001 | | | | | | |
| Totals: | 273.79 | 32.51 | 0.00 | 0.00 | 0.00 | |

Total Fare:USD $306.30

Approximate cost per air mile 0.25

### Frequent Flyer Info

DL DL 6409813448

### General Remarks

PENALTIES AND RESTRICTIONS MAY APPLY TO CHANGES.
CHANGES MUST OCCUR PRIOR TO DEPARTURE OR
THE TICKET VALUE WILL BE FORFEITED.
CB /AGENT CLAIMED
U01/BKD 23MAY
RECOMMENDED CHECK IN TIMES-MOST FLIGHTS 2 HOURS EARLY.
INTERNATIONAL FLIGHTS 3 HRS EARLY.
ARRIVE AT GATE 45 MINS PRIOR TO DEPARTURE
.
DURING BUSINESS HOURS CALL 952-278-1104
DURING BUSINESS HOURS CALL 844-825-9331
EMERGENCY AFTER HOURS 800-669-1583 CODE XPY8V
EMERGENCY AFTER HOURS COLLECT 817-358-8606
TRAVEL ONE EMAIL-RKTRAVEL
TRAVELONEINC.COM
.
IF YOU ARE UNABLE TO USE THIS TICKET PLEASE ADVISE
TRAVEL ONE TO PROCESS TICKET CANCELLATION
.
.
**PLEASE DECLINE ALL ADDITIONAL CAR INSURANCES
**THIS IS COVERED BY THE FIRM**
CLIQUSER-ENILES*ROBINSKAPLAN.COM

Be sure to check out this link for The US Department of Transportation's Hazardous Materials Mandated Requirements found on Travel One Inc's Website. Click Here

# Exhibit 14-C

**TRAVEL ONE** INC.

*A BCD Travel Affiliate*

Travel One, Inc.
2001 Killebrew Drive
Suite 305
Bloomington, MN 55425

If email attachments are not compatible with your company calendar configuration, click on the links below to add to your calendar.

For a single calendar entry click here

**Travel Itinerary**
Agency Booking Confirmation Number: 4PM8C2

| Passenger Names |
| --- |

MEGHJEE/MUNIR REZA - BILLABLE 026118.0070

Please review this itinerary for accuracy. Contact your Travel One agent within 24 hours if there are any discrepancies.
Ticketed itineraries are subject to airline fees and additional charges if changed for any reason.

| Delta Airlines - Flight Number 2164 | Confirmation: H3X74N |
| --- | --- |

| | | |
| --- | --- | --- |
| Departure: Tue, 02/19/2019 6:50 AM | Arrival: Tue, 02/19/2019 10:45 AM | Equipment: 320 |
| Departure City: Minneapolis, MN (MSP) | Arrival City: Boston, MA (BOS) | Meal: Refreshments Available For Purchase |
| Departing Terminal: 1 | Arrival Terminal: A | Travel Time: 02 Hours, 55 Minutes |
| Status: Confirmed | Class of Service: V - Economy | Add flight to Calendar |
| | | Baggage Info |
| | | Weather |
| | | CHECK IN NOW |

Miles: 1122

Seat Assignments:MEGHJEE/MUNIR REZA - 16D

| Invoice Detail |
| --- |

| | Base | Tax | GST | HST | QST | |
| --- | --- | --- | --- | --- | --- | --- |
| Name: MEGHJEE/MUNIRREZA | | | | | | |
| Delta Airlines Ticket: 0067297197456 | 45.58 | 17.72 | 0.00 | 0.00 | 0.00 | |
| Invoice Number: 419837 | | | | | | Amount: $63.30 |
| Amount: $63.30 | | | | | | |
| | | | | | | |
| AX Ending in: 1001 | | | | | | |
| Service Fee: 8900773338564 | 31.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | | | | | | Amount: $31.00 |
| Amount: $31.00 | | | | | | |
| | | | | | | |
| AX Ending in: 1001 | | | | | | |
| Totals: | 76.58 | 17.72 | 0.00 | 0.00 | 0.00 | |

Total Fare:USD $94.30

Approximate cost per air mile 0.06

| Frequent Flyer Info |
| --- |

DL DL 6491909286

| General Remarks |
| --- |

PENALTIES AND RESTRICTIONS MAY APPLY TO CHANGES.
CHANGES MUST OCCUR PRIOR TO DEPARTURE OR
THE TICKET VALUE WILL BE FORFEITED.
CB /AGENT CLAIMED
U01/BKD 22JAN
RECOMMENDED CHECK IN TIMES-MOST FLIGHTS 2 HOURS EARLY.
INTERNATIONAL FLIGHTS 3 HRS EARLY.
ARRIVE AT GATE 45 MINS PRIOR TO DEPARTURE
.
DURING BUSINESS HOURS CALL 952-278-1104
DURING BUSINESS HOURS CALL 844-825-9331
EMERGENCY AFTER HOURS 800-669-1583 CODE XPY8V
EMERGENCY AFTER HOURS COLLECT 817-358-8606
TRAVEL ONE EMAIL-RKTRAVEL
TRAVELONEINC.COM

IF YOU ARE UNABLE TO USE THIS TICKET PLEASE ADVISE
TRAVEL ONE TO PROCESS TICKET CANCELLATION
.
.
**PLEASE DECLINE ALL ADDITIONAL CAR INSURANCES
**THIS IS COVERED BY THE FIRM**
CLIQUSER-MMEGHJEE*ROBINSKAPLAN.COM

Be sure to check out this link for The US Department of Transportation's Hazardous Materials Mandated Requirements found on Travel One Inc's Website.
Click Here

# Exhibit 14-D

**TRAVEL ONE INC.**
*A BCD Travel Affiliate*

2001 Killebrew Drive
Suite 305
Bloomington, MN  55425

If email attachments are not compatible with your company calendar configuration, click on the links below to add to your calendar.

For a single calendar entry click here

**Travel Itinerary**
Agency Booking Confirmation Number: **MV8MMW**

## Passenger Names

MEGHJEE/MUNIR REZA - BILLABLE 026118.0070

Please review this itinerary for accuracy. Contact your Travel One agent within 24 hours if there are any discrepancies. Ticketed itineraries are subject to airline fees and additional charges if changed for any reason.

## Delta Airlines - Flight Number 2776      Confirmation: GYWY8L

| | | |
|---|---|---|
| **Departure:** Fri, 05/24/2019 11:40 AM | **Arrival:** Fri, 05/24/2019 1:48 PM | **Equipment:** 321 |
| **Departure City:** Boston, MA (BOS) | **Arrival City:** Minneapolis, MN (MSP) | **Meal:** Refreshments Available For Purchase |
| **Departing Terminal:** A | **Arrival Terminal:** 1 | **Travel Time:** 03 Hours, 08 Minutes |
| **Status:** Confirmed | **Class of Service:** C - MAIN CABIN | Add flight to Calendar |
| | | Baggage Info |
| | | Weather |
| | | CHECK IN NOW |

**Miles:** 1121

### Seat Assignments: MEGHJEE/MUNIR REZA - 01A

### ***CURRENTLY ONLY WINDOW SEATING AVAILABLE.***

## Invoice Detail

| | Base | Tax | GST | HST | QST | |
|---|---|---|---|---|---|---|
| **Name:** MEGHJEE/MUNIRREZA **Delta Airlines Ticket:** 0067303353210 **Invoice Number:** 470937 | 672.56 | 64.74 | 0.00 | 0.00 | 0.00 | **Amount:** $737.30 |
| **Amount:** $737.30 | | | | | | |
| AX Ending in: 1001 **Service Fee:** 8900774701608 | 31.00 | 0.00 | 0.00 | 0.00 | 0.00 | **Amount:** $31.00 |
| **Amount:** $31.00 | | | | | | |
| AX Ending in: 1001 **Totals:** | 703.56 | 64.74 | 0.00 | 0.00 | 0.00 | |
| | | | | | | **Total Fare:** USD $768.30 |
| Approximate cost per air mile 0.66 | | | | | | |

## Frequent Flyer Info

DL DL 6491909286

## General Remarks

CB /AGENT CLAIMED

U01/BKD 23MAY

RECOMMENDED CHECK IN TIMES-MOST FLIGHTS 2 HOURS EARLY.

INTERNATIONAL FLIGHTS 3 HRS EARLY.

ARRIVE AT GATE 45 MINS PRIOR TO DEPARTURE

.

DURING BUSINESS HOURS CALL 952-278-1104

DURING BUSINESS HOURS CALL 844-825-9331

EMERGENCY AFTER HOURS 800-669-1583 CODE XPY8V

EMERGENCY AFTER HOURS COLLECT 817-358-8606

TRAVEL ONE EMAIL-RKTRAVEL

TRAVELONEINC.COM

.

IF YOU ARE UNABLE TO USE THIS TICKET PLEASE ADVISE

TRAVEL ONE TO PROCESS TICKET CANCELLATION

.

.

**PLEASE DECLINE ALL ADDITIONAL CAR INSURANCES

**THIS IS COVERED BY THE FIRM**

CLIQUSER-MMEGHJEE*ROBINSKAPLAN.COM

Be sure to check out this link for The US Department of Transportation's Hazardous Materials Mandated Requirements found on Travel One Inc's Website.
Click Here

# Exhibit 14-E

## Tacheny, Michele M.

**From:** Arenz, Patrick M.
**Sent:** Tuesday, January 15, 2019 1:11 PM
**To:** Tacheny, Michele M.
**Subject:** FW: [EXTERNAL] Fwd: Your Flight Receipt - PATRICK MALIN ARENZ 18FEB19

Flight for trial

Patrick M. Arenz
Robins Kaplan LLP | 800 LaSalle Avenue | Suite 2800 | Minneapolis, MN 55402
p 612 349 8591 | f 612 339 4181 | PArenz@RobinsKaplan.com| RobinsKaplan.com
Bio: http://robinskaplan.com/lawyers/patrick-arenz

**From:** Patrick Arenz <pmarenz@gmail.com>
**Sent:** Tuesday, January 15, 2019 1:06 PM
**To:** Arenz, Patrick M. <PArenz@RobinsKaplan.com>
**Subject:** [EXTERNAL] Fwd: Your Flight Receipt - PATRICK MALIN ARENZ 18FEB19

---------- Forwarded message ---------
From: **Delta Air Lines** <DeltaAirLines@e.delta.com>
Date: Tue, Jan 15, 2019 at 1:05 PM
Subject: Your Flight Receipt - PATRICK MALIN ARENZ 18FEB19
To: <pmarenz@gmail.com>



**Hello, PATRICK MALIN**                              SkyMiles® #********897 >

**Your Trip Confirmation #: H2KTHB**

You're all set. If you need to adjust your itinerary, you can make standard changes to your
flight on delta.com including time, date and destination. Explore all of your options here.

| Mon, 18FEB | DEPART | ARRIVE |
|---|---|---|
| DELTA 2333 | MPLS-ST PAUL | BOSTON, MA |
| Main Cabin (X) | | |
| | 5:55pm | 9:40pm |

## TSA CHANGES - ARRIVE EARLY

Please be aware of the recent changes to TSA screening procedures, including the requirement to place powder-like substances over 12oz./350ml in your checked bag when traveling on an international flight to the United States. For more information on powder restrictions, visit delta.com.

In addition to these changes, many airports are experiencing a high volume of travelers, resulting in long check-in, baggage drop and security checkpoint lines. Please plan to arrive at the airport at least 2 hours prior to your departure when traveling domestically (within the U.S) and at least 3 hours prior to your departure when traveling internationally. We also encourage passengers to check-in online at delta.com or via the Fly Delta app to help avoid delays.

## TRAVELING WITH ANIMALS: POLICY UPDATE

Effective December 18, 2018, to remain compliant with vaccination requirements we are no longer accepting trained service or emotional support animals less than four months of age on any flight. In addition, tickets purchased on or after December 18th will not allow emotional support animals on flights longer than 8 hours. We will refund ticket(s) or waive change fees to make alternate arrangements for the animal(s) if needed. Please note that all flights longer than 8 hours will prohibit emotional support animals starting February 1, 2019 regardless of purchase date.

## RESTRICTED HAZARDOUS ITEMS

To ensure the safety of our customers and employees, **Delta will no longer accept smart bags starting January 15, 2018. Smart bags with non-removable lithium-ion batteries** will not be permitted as carry-on or checked baggage on any Delta mainline or Delta Connection flight. For more information, please visit our News Hub.

Hoverboards or any lithium battery powered self-balancing personal transportation devices are also not permitted as both carry-on and checked baggage.

Spare batteries for other devices, fuel cells, and e-cigarettes are permitted in carry-on baggage only. If your carry-on bag contains these items and is gate checked, they must be removed and carried in the cabin. Further information and specific guidelines regarding restricted items can be found here.

## Passenger Info

| NAME | FLIGHT | SEAT |
|---|---|---|
| PATRICK MALIN ARENZ | DELTA 2333 | 14C |
| SkyMiles #*******897 | | |
| Diamond | | |

Visit delta.com or use the Fly Delta app to view, select or change your seat.
If you purchased a Delta Comfort+™ seat or a Trip Extra, please visit My Trips to access a receipt of your purchase.

## Flight Receipt

Ticket #: 0062354837189

Place of Issue: Delta.com

Ticket Issue Date: 15JAN19

Ticket Expiration Date: 15JAN20

**METHOD OF PAYMENT**

AX***********6886                                                   **$89.30 USD**

**CHARGES**

**Air Transportation Charges**

| | |
|---|---|
| Base Fare | $69.77 USD |
| **Taxes, Fees and Charges** | |
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $5.60 USD |
| United States - Transportation Tax (US) | $5.23 USD |
| United States - Passenger Facility Charge (XF) | $4.50 USD |
| United States - Flight Segment Tax (ZP) | $4.20 USD |
| **TICKET AMOUNT** | **$89.30 USD** |

NONREF/PENALTY APPLIES

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

Fare Details: MSP DL BOS69.77XAVUA0MJ USD69.77END ZP MSP XF MSP4.5

## Checked Bag Allowance

The fees below are based on your original ticket purchase. **If you qualify for free or discounted checked baggage,** this will be taken into account when you check in.

| Mon 18 Feb 2019 | DELTA: MSP ☐BOS | |
|---|---|---|
| CARRY ON | FIRST | SECOND |
| FREE | $30$^{USD}$ | $40$^{USD}$ |

Visit delta.com for details on baggage embargos that may apply to your itinerary.

**Transportation of Hazardous Materials**

Federal law forbids the carriage of hazardous materials aboard aircraft in your luggage or on your person. A violation can result in civil penalties. Examples include: Paints, aerosols, lighter fluid, fireworks, torch lighters, tear gases and compressed gas cartridges.

There are special exceptions for small quantities (up to 70 ounces total). For further information visit delta.com Restricted Items Section.

## NEED MORE MILES? ›

Buy and transfer miles on delta.com.

## BOOK YOUR SUMMER GETAWAY. ›

It's a great time to choose your next escape from more than 325 destinations on six continents.

☐ We have partnered with The Nature Conservancy to allow you to offset your carbon emissions from this trip. Go to delta.com/sustainability to calculate your $CO_2$ emissions and learn more about offsetting.

**Terms & Conditions**

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

**Checked Bag Allowance**

*On Delta operated flights, you may carry on one bag and a small personal item at no charge.

Delta One℠/First/Business Class weight allowance reverts to 50 lbs for all checked bags beyond regular free allowance.

At the time of check in with Delta, SkyMiles Medallion members, SkyTeam Elite & Elite Plus and active US Military personnel are eligible for fee waivers and other benefits. For more details, visit delta.com/baggage. Basic Cardmembers with a Gold, Platinum, or Reserve Delta SkyMiles Credit Card from American Express are eligible for the first bag fee waiver. More details on the program can be found at delta.com/firstbagfree.

A standard checked bag with Delta may be up to 50 lbs and 62 linear inches (per piece). Additional fees apply for oversize, overweight, and/or additional pieces of checked baggage. Please review Delta's baggage guidelines for details. Weight and size restrictions may vary when checking baggage on carriers other than Delta. Contact with the operating carrier for detailed checked baggage allowances. You must be checked in at the gate by the applicable check-in deadlines or your reservation may be cancelled. Please review Delta's check-in requirement guidelines for details. Check-in requirements vary by airline, so if your ticket includes travel on other airlines, please check with the operating carrier on your ticket.

Do you have comments about our service? Please email us to share them.

**Conditions of Carriage**

Air transportation on Delta and the Delta Connection® carriers is subject to Delta's conditions of carriage. They include terms governing for example:

- Limits on our liability for personal injury or death of passengers, and for loss, damage of delay of goods and baggage.
- Claim restrictions including time periods within which you must file a claim or bring action against us.
- Our right to change terms of the contract.
- Check-in requirements and other rules established when we may refuse carriage.
- Our rights and limits of our liability for delay or failure to perform service including schedule change, substitution of alternative air carriers or aircraft, and rerouting.
- Our policy on overbooking flights, and your rights if we deny you boarding due to an oversold flight.

These terms are incorporated by reference into our contract with you. You may view these conditions of carriage on delta.com, or by requesting a copy from Delta.

You have received this email because you elected to receive your Electronic Ticket receipt sent to you via email. If you would like to take advantage of other Delta email programs featuring special fares, promotions, information and flight updates, please visit: delta.com/emailprograms or delta.com/notifications.

This document establishes the creation of your electronic EMD(S) in our computer systems. It does not constitute a document of carriage. Where this document is issued for transportation or services other than passenger air transportation, specific terms and conditions may apply. These terms and conditions may be provided separately or may be obtained from the issuing agent.

**Copyright Information**

This email message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

This is a post only email (EMD+). Please do not respond to this message.

© 2019 Delta Air Lines, Inc. All rights reserved.

**Privacy Policy**

Your privacy is important to us. Please review our Privacy Policy.

# Exhibit 14-F

**Tacheny, Michele M.**

| | |
|---|---|
| **From:** | Arenz, Patrick M. |
| **Sent:** | Sunday, April 21, 2019 5:56 PM |
| **To:** | Tacheny, Michele M. |
| **Subject:** | Fwd: [SUSPICIOUS] Fwd: Your Flight Receipt - PATRICK MALIN ARENZ 05MAY19 |

Esch trial

Patrick M. Arenz
Robins Kaplan LLP

Sent from my iPhone

Begin forwarded message:

> **From:** Patrick Arenz <pmarenz@gmail.com>
> **Date:** April 21, 2019 at 5:55:22 PM CDT
> **To:** "Parenz@robinskaplan.com" <Parenz@robinskaplan.com>
> **Subject: [SUSPICIOUS] Fwd: Your Flight Receipt - PATRICK MALIN ARENZ 05MAY19**
>
>
> ---------- Forwarded message ---------
> From: **Delta Air Lines** <DeltaAirLines@e.delta.com>
> Date: Sun, Apr 21, 2019 at 5:54 PM
> Subject: Your Flight Receipt - PATRICK MALIN ARENZ 05MAY19
> To: <pmarenz@gmail.com>



**Hello, PATRICK MALIN**                    SkyMiles® #*******897 >

**Your Trip Confirmation #: HLSX5J**            **MANAGE MY TRIP >**

You're all set. If you need to adjust your itinerary, you can make standard changes to your flight on delta.com including time, date and destination. Explore all of your options here.

MAKE THE MOST OF YOUR UPCOMING TRIP:

**DOWNLOAD THE FLY DELTA APP** – book a flight, upgrade or change your seats, speed

through security, receive flight status notifications, track your bags and more.
Download now >>

| **Sun, 05MAY** | **DEPART** | **ARRIVE** |
|---|---|---|
| DELTA 2062 | MPLS-ST PAUL | BOSTON, MA |
| Main Cabin (L) | 5:40pm | 9:26pm |

### TSA CHANGES - ARRIVE EARLY

Please be aware of the recent changes to TSA screening procedures, including the requirement to place powder-like substances over 12oz./350ml in your checked bag when traveling on an international flight to the United States. For more information on powder restrictions, visit delta.com.

In addition to these changes, many airports are experiencing a high volume of travelers, resulting in long check-in, baggage drop and security checkpoint lines. Please plan to arrive at the airport at least 2 hours prior to your departure when traveling domestically (within the U.S) and at least 3 hours prior to your departure when traveling internationally. We also encourage passengers to check-in online at delta.com or via the Fly Delta app to help avoid delays.

### NEW BRANDED BOARDING ORDER

Effective January 23, 2019, boarding order will be based on the branded fare you purchased in an effort to bring consistency and clarity to the gate and boarding experience. Please note your branded fare group before boarding. SkyMiles® Medallion® Members and eligible Credit Card Members will continue to receive priority boarding. Learn more here.

### RESTRICTED HAZARDOUS ITEMS

To ensure the safety of our customers and employees, **Delta will no longer accept smart bags starting January 15, 2018. Smart bags with non-removable lithium-ion batteries** will not be permitted as carry-on or checked baggage on any Delta mainline or Delta Connection flight. For more information, please visit our News Hub.

Hoverboards or any lithium battery powered self-balancing personal transportation devices are also not permitted as both carry-on and checked baggage.

Spare batteries for other devices, fuel cells, and e-cigarettes are permitted in carry-on baggage only. If your carry-on bag contains these items and is gate checked, they must be removed and carried in the cabin. Further information and specific guidelines regarding restricted items can be found here.

## Passenger Info

| **NAME** | **FLIGHT** | **SEAT** |
|---|---|---|
| PATRICK MALIN ARENZ | DELTA 2062 | 11D |
| SkyMiles #*******897 | | |
| Diamond | | |

Visit delta.com or use the Fly Delta app to view, select or change your seat.
If you purchased a Delta Comfort+™ seat or a Trip Extra, please visit My Trips to access a receipt of your purchase.

## Flight Receipt

Ticket #: 0062368765647

Place of Issue: Delta.com

Ticket Issue Date: 21APR19

Ticket Expiration Date: 21APR20

### METHOD OF PAYMENT

AX***********6886                                                    **$193.30 USD**

### Air Transportation Charges

Base Fare                                                              $166.51 USD

### Taxes, Fees and Charges

United States - September 11th Security Fee(Passenger Civil Aviation Security Service    $5.60 USD
Fee) (AY)

United States - Transportation Tax (US)                                    $12.49
                                                                            USD

United States - Passenger Facility Charge (XF)                            $4.50 USD

United States - Flight Segment Tax (ZP)                                   $4.20 USD

### CHARGES

**TICKET AMOUNT**                                                    **$193.30 USD**

NONREF/PENALTY APPLIES

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow
changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to
appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges
and/or credits may apply.

Fare Details: MSP DL BOS166.51LAUUA0MJ USD166.51END ZP MSP XF MSP4.5

## Checked Bag Allowance

The fees below are based on your original ticket purchase. **If you qualify for free or
discounted checked baggage,** this will be taken into account when you check in.

| Sun 05 May 2019 | DELTA: MSP ▸BOS | |
| --- | --- | --- |
| CARRY ON | FIRST | SECOND |
| FREE | $30USD | $40USD |

Visit delta.com for details on baggage embargos that may apply to your itinerary.

3

**Transportation of Hazardous Materials**

Federal law forbids the carriage of hazardous materials aboard aircraft in your luggage or on your person. A violation can result in civil penalties. Examples include: Paints, aerosols, lighter fluid, fireworks, torch lighters, tear gases and compressed gas cartridges.

There are special exceptions for small quantities (up to 70 ounces total). For further information visit delta.com Restricted Items Section.

## NEED MORE MILES? ›



Buy and transfer miles on delta.com.

## BOOK YOUR SUMMER GETAWAY. ›



It's a great time to choose your next escape from more than 325 destinations on six continents.

# NEED HELP?
**KEEP CLIMBING**
**△ DELTA ☺**

Learn how to make ticket changes
and more at delta.com.
**GET HELP**

We have partnered with The Nature Conservancy to allow you to offset your carbon emissions from this trip. Go to delta.com/sustainability to calculate your $CO_2$ emissions and learn more about offsetting.

**Terms & Conditions**

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

**Checked Bag Allowance**

*On Delta operated flights, you may carry on one bag and a small personal item at no charge.

Delta One™/First/Business Class weight allowance reverts to 50 lbs for all checked bags beyond regular free allowance.

At the time of check in with Delta, SkyMiles Medallion members, SkyTeam Elite & Elite Plus and active US Military personnel are eligible for fee waivers and other benefits. For more details, visit delta.com/baggage. Basic Cardmembers with a Gold, Platinum, or Reserve Delta SkyMiles Credit Card from American Express are eligible for the first bag fee waiver. More details on the program can be found at delta.com/firstbagfree.

A standard checked bag with Delta may be up to 50 lbs and 62 linear inches (per piece). Additional fees apply for oversize, overweight, and/or additional pieces of checked baggage. Please review Delta's baggage guidelines for details. Weight and size restrictions may vary when checking baggage on carriers other than Delta. Contact with the operating carrier for detailed checked baggage allowances. You must be checked in at the gate by the applicable check-in deadlines or your reservation may be cancelled. Please review Delta's check-in requirement guidelines for details. Check-in requirements vary by airline, so if your ticket includes travel on other airlines, please check with the operating carrier on your ticket.

Do you have comments about our service? Please email us to share them.

**Conditions of Carriage**

Air transportation on Delta and the Delta Connection® carriers is subject to Delta's conditions of carriage. They include terms governing for example:

# Exhibit 14-G



## Hello, PATRICK MALIN

SkyMiles®#*******897 >

**Your Trip Confirmation #: GYPKG4**

**MANAGE MY TRIP >**

You're all set. If you need to adjust your itinerary, you can make standard changes to your flight on delta.com including time, date and destination. Explore all of your options here.

MAKE THE MOST OF YOUR UPCOMING TRIP:

**DOWNLOAD THE FLY DELTA APP** – book a flight, upgrade or change your seats, speed through security, receive flight status notifications, track your bags and more.
Download now >>

| Fri, 24MAY | DEPART | ARRIVE |
|---|---|---|
| DELTA 994 | BOSTON, MA | MPLS-ST PAUL |
| First Class (I) | 7:55am | 10:11am |

### NEW BRANDED BOARDING ORDER

Effective January 23, 2019, boarding order will be based on the branded fare you purchased in an effort to bring consistency and clarity to the gate and boarding experience. Please note your branded fare group before boarding. SkyMiles® Medallion® Members and eligible Credit Card Members will continue to receive priority boarding. Learn more here.

### RESTRICTED HAZARDOUS ITEMS

To ensure the safety of our customers and employees, **Delta will no longer accept smart bags starting January 15, 2018. Smart bags with non-removable lithium-ion batteries** will not be permitted as carry-on or checked baggage on any Delta mainline or Delta Connection flight. For more information, please visit our News Hub.

2

Hoverboards or any lithium battery powered self-balancing personal transportation devices are also not permitted as both carry-on and checked baggage.

Spare batteries for other devices, fuel cells, and e-cigarettes are permitted in carry-on baggage only. If your carry-on bag contains these items and is gate checked, they must be removed and carried in the cabin. Further information and specific guidelines regarding restricted items can be found here.

## Passenger Info

**NAME**
PATRICK MALIN ARENZ
SkyMiles #*******897
Diamond

**FLIGHT**
DELTA 994

**SEAT**
Select Seat

Visit delta.com or use the Fly Delta app to view, select or change your seat.
If you purchased a Delta Comfort+™ seat or a Trip Extra, please visit My Trips to access a receipt of your purchase.

## Flight Receipt

Ticket #: 0062372039131

Place of Issue: Delta.com

Ticket Issue Date: 23MAY19

Ticket Expiration Date: 23MAY20

**METHOD OF PAYMENT**

AX***********6886

**$414.30 USD**

**Air Transportation Charges**

Base Fare                                                                                   $372.09 USD

**Taxes, Fees and Charges**

United States - September 11th Security Fee(Passenger Civil Aviation Security Service   $5.60 USD
Fee) (AY)

# Exhibit 14-H



TRAVEL ONE INC.

*A BCD Travel Affiliate*

2001 Killebrew Drive
Suite 305
Bloomington, MN 55425

If email attachments are not compatible with your company calendar configuration, click on the links below to add to your calendar.

For a single calendar entry click here

**Travel Itinerary**

Agency Booking Confirmation Number: **3QWSV7**

## Passenger Names

HOPPA/ANTHONY LOUIS - BILLABLE 026118.0070

Please review this itinerary for accuracy. Contact your Travel One agent within 24 hours if there are any discrepancies. Ticketed itineraries are subject to airline fees and additional charges if changed for any reason.

### Delta Airlines - Flight Number 1366 — Confirmation: H27BNN

| | | |
|---|---|---|
| **Departure:** Wed, 05/8/2019 9:57 AM | **Arrival:** Wed, 05/8/2019 1:52 PM | **Equipment:** 321 |
| **Departure City:** Minneapolis, MN (MSP) | **Arrival City:** Boston, MA (BOS) | **Meal:** Refreshments Available For Purchase |
| **Departing Terminal:** 1 | **Arrival Terminal:** A | **Travel Time:** 02 Hours, 55 Minutes |
| **Status:** Confirmed | **Class of Service:** U - MAIN CABIN | Add flight to Calendar |
| | | Baggage Info |
| | | Weather |
| | | CHECK IN NOW |

**Miles:** 1122

Seat Assignments:HOPPA/ANTHONY LOUIS - 30A

### Delta Airlines - Flight Number 155 — Confirmation: H27BNN

| | | |
|---|---|---|
| **Departure:** Thu, 05/23/2019 2:50 PM | **Arrival:** Thu, 05/23/2019 5:05 PM | **Equipment:** 321 |
| **Departure City:** Boston, MA (BOS) | **Arrival City:** Minneapolis, MN (MSP) | **Meal:** Refreshments Available For Purchase |
| **Departing Terminal:** A | **Arrival Terminal:** 1 | **Travel Time:** 03 Hours, 15 Minutes |
| **Status:** Confirmed | **Class of Service:** L - MAIN CABIN | Add flight to Calendar |
| | | Baggage Info |
| | | Weather |
| | | CHECK IN NOW |

**Miles:** 1122

Seat Assignments:HOPPA/ANTHONY LOUIS - 22A

### Invoice Detail

| | Base | Tax | GST | HST | QST | |
|---|---|---|---|---|---|---|
| **Name:** HOPPA/ANTHONYLOUIS<br>Delta Airlines Ticket: 0067302228243<br>Invoice Number: 461453 | 322.79 | 52.81 | 0.00 | 0.00 | 0.00 | Amount: $375.60 |
| **Amount: $375.60** | | | | | | |
| AX Ending in: 3007<br>**Service Fee:** 8900774430544 | 31.00 | 0.00 | 0.00 | 0.00 | 0.00 | Amount: $31.00 |
| **Amount: $31.00** | | | | | | |
| AX Ending in: 3007<br>**Totals:** | 353.79 | 52.81 | 0.00 | 0.00 | 0.00 | |
| | | | | | | Total Fare:USD $406.60 |

Approximate cost per air mile 0.17

### Frequent Flyer Info

DL DL 6783927715

PENALTIES AND RESTRICTIONS MAY APPLY TO CHANGES.
CHANGES MUST OCCUR PRIOR TO DEPARTURE OR
THE TICKET VALUE WILL BE FORFEITED.
CB /AGENT CLAIMED
U01/BKD 30APR
RECOMMENDED CHECK IN TIMES-MOST FLIGHTS 2 HOURS EARLY.
INTERNATIONAL FLIGHTS 3 HRS EARLY.
ARRIVE AT GATE 45 MINS PRIOR TO DEPARTURE
.
DURING BUSINESS HOURS CALL 952-278-1104
DURING BUSINESS HOURS CALL 844-825-9331
EMERGENCY AFTER HOURS 800-669-1583 CODE XPY8V
EMERGENCY AFTER HOURS COLLECT 817-358-8606
TRAVEL ONE EMAIL-RKTRAVEL
TRAVELONEINC.COM
.
IF YOU ARE UNABLE TO USE THIS TICKET PLEASE ADVISE
TRAVEL ONE TO PROCESS TICKET CANCELLATION
.
.
**PLEASE DECLINE ALL ADDITIONAL CAR INSURANCES
**THIS IS COVERED BY THE FIRM**
CLIQUSER-AHOPPA*ROBINSKAPLAN.COM

Be sure to check out this link for The US Department of Transportation's Hazardous Materials Mandated Requirements found on Travel One Inc's Website.
Click Here

# Exhibit 14-I



**TRAVEL ONE** INC.

*A BCD Travel Affiliate*

Travel One, Inc.
2001 Killebrew Drive
Suite 305
Bloomington, MN 55425

If email attachments are not compatible with your company calendar configuration, click on the links below to add to your calendar.

For a single calendar entry click here

**Travel Itinerary**
Agency Booking Confirmation Number: NSZZ73

| Passenger Names |
|---|
| MANSKE/WILLIAM EARL - BILLABLE 026118.0070 |

Please review this itinerary for accuracy. Contact your Travel One agent within 24 hours if there are any discrepancies.
Ticketed itineraries are subject to airline fees and additional charges if changed for any reason.

| Delta Airlines - Flight Number 1366 | Confirmation: GEKXVL |
|---|---|

| | | |
|---|---|---|
| Departure: Tue, 05/7/2019 9:57 AM | Arrival: Tue, 05/7/2019 1:52 PM | Equipment: 321 |
| Departure City: Minneapolis, MN (MSP) | Arrival City: Boston, MA (BOS) | Meal: Refreshments Available For Purchase |
| Departing Terminal: 1 | Arrival Terminal: A | Travel Time: 02 Hours, 55 Minutes |
| Status: Confirmed | Class of Service: K - MAIN CABIN | Add flight to Calendar |
| | | Baggage Info |
| | | Weather |
| | | CHECK IN NOW |

Miles: 1122

Seat Assignments:MANSKE/WILLIAM EARL - 20C

| Delta Airlines - Flight Number 2790 | Confirmation: GEKXVL |
|---|---|

| | | |
|---|---|---|
| Departure: Fri, 05/17/2019 6:38 PM | Arrival: Fri, 05/17/2019 8:52 PM | Equipment: 320 |
| Departure City: Boston, MA (BOS) | Arrival City: Minneapolis, MN (MSP) | Meal: Refreshments Available For Purchase |
| Departing Terminal: A | Arrival Terminal: 1 | Travel Time: 03 Hours, 14 Minutes |
| Status: Confirmed | Class of Service: L - MAIN CABIN | Add flight to Calendar |
| | | Baggage Info |
| | | Weather |
| | | CHECK IN NOW |

Miles: 1122

Seat Assignments:MANSKE/WILLIAM EARL - 15C

| Invoice Detail | | | | | | |
|---|---|---|---|---|---|---|
| | Base | Tax | GST | HST | QST | |
| Name: MANSKE/WILLIAMEARL | | | | | | |
| Delta Airlines Ticket: 0067302290504 | 373.02 | 56.58 | 0.00 | 0.00 | 0.00 | Amount: $429.60 |
| Invoice Number: 461778 | | | | | | |
| Amount: $429.60 | | | | | | |
| AX Ending in: 1009 | | | | | | |
| Service Fee: 8900774444539 | 31.00 | 0.00 | 0.00 | 0.00 | 0.00 | Amount: $31.00 |
| Amount: $31.00 | | | | | | |
| AX Ending in: 1009 | | | | | | |
| Totals: | 404.02 | 56.58 | 0.00 | 0.00 | 0.00 | |
| | | | | | | Total Fare:USD $460.60 |
| Approximate cost per air mile 0.19 | | | | | | |

| Frequent Flyer Info |
|---|
| DL DL 6605627527 |

PENALTIES AND RESTRICTIONS MAY APPLY TO CHANGES.
CHANGES MUST OCCUR PRIOR TO DEPARTURE OR
THE TICKET VALUE WILL BE FORFEITED.
CB /AGENT CLAIMED
U01/BKD 01MAY
RECOMMENDED CHECK IN TIMES-MOST FLIGHTS 2 HOURS EARLY.
INTERNATIONAL FLIGHTS 3 HRS EARLY.
ARRIVE AT GATE 45 MINS PRIOR TO DEPARTURE
.
DURING BUSINESS HOURS CALL 952-278-1104
DURING BUSINESS HOURS CALL 844-825-9331
EMERGENCY AFTER HOURS 800-669-1583 CODE XPY8V
EMERGENCY AFTER HOURS COLLECT 817-358-8606
TRAVEL ONE EMAIL-RKTRAVEL
TRAVELONEINC.COM
.
IF YOU ARE UNABLE TO USE THIS TICKET PLEASE ADVISE
TRAVEL ONE TO PROCESS TICKET CANCELLATION
.
.
**PLEASE DECLINE ALL ADDITIONAL CAR INSURANCES
**THIS IS COVERED BY THE FIRM**
CLIQUSER-WMANSKE*ROBINSKAPLAN.COM

Be sure to check out this link for The US Department of Transportation's Hazardous Materials Mandated Requirements found on Travel One Inc's Website.
Click Here

# Exhibit 14-J

**From:** Travel One, Inc
**To:** Manske, William E.
**Cc:** Buck, Lori H.
**Subject:** [EXTERNAL] EXCHANGE TRANSACTION MANSKE/WILLIAM EARL 05-24-2019 MINNE
**Date:** Wednesday, May 15, 2019 2:29:29 PM
**Attachments:** NSZZ73.pdf
DL Flight number 2790 BOS MSP Departs 638 PM (Local Time) WILLIAM EARL MANSKE.ics
NSZZ73.txt

Created 5/15/2019 2:29 PM CDT

Travel One, Inc.
2001 Killebrew Drive
Suite 305
Bloomington, MN  55425



If email attachments are not compatible with your company calendar configuration, click on the links below to add to your calendar.
For a single calendar entry click here

**Travel Itinerary**
Agency Booking Confirmation Number: **NSZZ73**

## Passenger Names

### MANSKE/WILLIAM EARL - BILLABLE 026118.0070

Please review this itinerary for accuracy. Contact your Travel One agent within 24 hours if there are any discrepancies. Ticketed itineraries are subject to airline fees and additional charges if changed for any reason.

### Delta Airlines - Flight Number 2790                                                   Confirmation: GEKXVL

| | | |
|---|---|---|
| **Departure:** Fri, 05/24/2019 6:38 PM | **Arrival:** Fri, 05/24/2019 8:52 PM | **Equipment:** 320 |
| **Departure City:** Boston, MA (BOS) | **Arrival City:** Minneapolis, MN (MSP) | **Meal:** Refreshments Available For Purchase |
| **Departing Terminal:** A | **Arrival Terminal:** 1 | **Travel Time:** 03 Hours, 14 Minutes |
| **Status:** Confirmed | **Class of Service:** Q - MAIN CABIN | Add flight to Calendar |
| | | Baggage Info |
| | | Weather |

**Miles:** 1122

### Seat Assignments:MANSKE/WILLIAM EARL - 16F

### ***CURRENTLY ONLY WINDOW SEATING AVAILABLE.***

### Invoice Detail

| | Base | Tax | GST | HST | QST | |
|---|---|---|---|---|---|---|
| **Name:** MANSKE/WILLIAMEARL | | | | | | |
| **Delta Airlines Ticket:** 0067302971741 | | | | | | **Amount: $305.00** |
| **Invoice Number:** 467630 | | | | | | |
| **Amount:** $305.00 | | | | | | |
| AX Ending in: 1009 | | | | | | |
| **Service Fee:** 8900774610796 | 31.00 | 0.00 | 0.00 | 0.00 | 0.00 | **Amount: $31.00** |
| **Amount:** $31.00 | | | | | | |
| AX Ending in: 1009 | | | | | | |
| **Totals:** | 31.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | | | | | | **Total Fare:USD $336.00** |

Approximate cost per air mile 0.00
All charges will be billed and appear separately on your statement

### Exchange Detail

| | | | |
|---|---|---|---|
| **New Ticket Number:** | 0067302971741 | **Issue Date:** 5/15/2019 | **New Airfare:** $534.60 |
| **Original Ticket Number:** | 0067302290504 | | **Original Airfare:** -$429.60 |
| | | | **Airline Change Fee:** $200.00 |
| **Additional Collect:** | Base:  Tax: GST: HST: QST: | | **Amount Charged:** $305.00 |

### Frequent Flyer Info

DL DL 6605627527

### General Remarks

PENALTIES AND RESTRICTIONS MAY APPLY TO CHANGES.
CHANGES MUST OCCUR PRIOR TO DEPARTURE OR
THE TICKET VALUE WILL BE FORFEITED.
CB /AGENT CLAIMED
U01/BKD 01MAY

RECOMMENDED CHECK IN TIMES-MOST FLIGHTS 2 HOURS EARLY.
INTERNATIONAL FLIGHTS 3 HRS EARLY.
ARRIVE AT GATE 45 MINS PRIOR TO DEPARTURE
.
DURING BUSINESS HOURS CALL 952-278-1104
DURING BUSINESS HOURS CALL 844-825-9331
EMERGENCY AFTER HOURS 800-669-1583 CODE XPY8V
EMERGENCY AFTER HOURS COLLECT 817-358-8606
TRAVEL ONE EMAIL-RKTRAVEL
TRAVELONEINC.COM
.
IF YOU ARE UNABLE TO USE THIS TICKET PLEASE ADVISE
TRAVEL ONE TO PROCESS TICKET CANCELLATION
.

**PLEASE DECLINE ALL ADDITIONAL CAR INSURANCES
**THIS IS COVERED BY THE FIRM**
CLIQUSER-WMANSKE*ROBINSKAPLAN.COM

Be sure to check out this link for The US Department of Transportation's Hazardous Materials Mandated Requirements found on Travel One Inc's Website.
Click Here