**United States District Court**
**District of Massachusetts**

| | |
|---|---|
| Covidien LP and Covidien Holding Inc.<br><br>    Plaintiffs,<br><br>    v.<br><br>Brady Esch<br><br>    Defendant. | Case No. 1:16-cv-12410-NMG |

**Covidien's Motion for Reconsideration of its Motion for Leave to File a Reply**

Covidien moves for reconsideration of this Court's denial of its motion for leave to file a reply brief (Dkt. No. 385). While rare, courts will grant motions for reconsideration upon a showing of new evidence material to the Court's decision; a manifest error of law or fact; or a finding that the decision was clearly unjust. *See, e.g., Galanis v. Szulik*, 863 F. Supp. 2d 123, 124 (D. Mass. 2012). Here, Covidien clarifies its previously combined opposition and reply brief, and attaches to this motion as Exhibit A its proposed reply brief only. Covidien respectfully requests that the Court grant its motion and allow its reply brief.

For background, this request relates to briefing over the appropriate amount of attorneys' fees due to Covidien. After the Court granted Covidien's request for fees, Covidien filed its motion detailing its requested amount of fees on January 11, 2020. Dkt. No. 349. After Covidien agreed to Mr. Esch's requested 14-day extension, Mr. Esch opposed that motion on February 10, 2020. Dkt. No. 373. In addition to his opposition brief, Mr. Esch also filed two motions to strike declarations that support Covidien's motion. Dkt. Nos. 374-75.

Covidien's deadline to file opposition briefs to those motions to strike was February 21, 2020. Because Mr. Esch's opposition brief and his motions to strike related to the same disputed issue—the appropriate amount of fees due Covidien—Covidien submitted a combined brief to set forth an efficient, streamlined, and cohesive statement of Covidien's position. Dkt. No. 380. Before filing that brief, Covidien filed a motion for leave to file the reply brief. Dkt. No. 379. The Court denied that motion on Monday, February 24, 2020. In light of the Court's order, Covidien has filed an amended opposition brief on today's date that only opposes Mr. Esch's motions to strike.

Covidien now asks the Court to reconsider its previous order denying it leave to file a reply brief. Covidien is concerned that its combined opposition and reply brief led to confusion about what exactly it was requesting leave to file. Covidien regrets causing any confusion in this regard.

But good cause does exist for Covidien's proposed reply brief. In opposition to Covidien's request for a specific award of fees, Mr. Esch included a previously undisclosed 40-page expert report with hundreds of pages of exhibits attached to it. Dkt. No. 373. Thus, Covidien requests leave to file a reply brief to respond to that expert report, and otherwise to rebut Mr. Esch's misstatements, clarify certain issues, and assist the Court in resolving the motions. Covidien asks the Court to reconsider its order denying leave, and allow Covidien to file the reply brief attached as Exhibit A.

**Local Rule 7.1(a)(2) Certification**

Pursuant to Local Rule 7.1(a)(2), counsel for Covidien conferred with counsel for Mr. Esch regarding this motion for leave to file a reply in an attempt to narrow or resolve the issues in this motion. Mr. Esch's counsel did not agree to this motion.

Dated: February 25, 2020                               Respectfully submitted,

By:  /s/ *Patrick M. Arenz*

**ROBINS KAPLAN LLP**
Munir R. Meghjee (admitted *pro hac vice*)
Patrick M. Arenz (admitted *pro hac vice*)
William E. Manske (admitted *pro hac vice*)
Emily E. Niles (admitted *pro hac vice*)
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
MMeghjee@robinskaplan.com
PArenz@robinskaplan.com
WManske@robinskaplan.com
ENiles@robinskaplan.com

Anthony A. Froio (BBO No. 554708)
Robert F. Callahan, Jr. (BBO No. 685728)
800 Boylston Street, Suite 2500
Boston, Massachusetts 02199
Telephone: (617) 267-2300
Facsimile: (617) 267-8288
AFroio@robinskaplan.com
RCallahan@robinskaplan.com

**Attorneys for Plaintiffs**
**Covidien LP and Covidien Holding Inc.**

**Certificate of Service**

I certify that on February 25, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, thereby served the registered participants as identified in the Notice of Electronic Filing.

/s/ *Patrick M. Arenz*